**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Aliver Delgado-Martinez,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　　　-v-<br><br>John Doe Officers 1-10 Suffolk County,<br><br>　　　　　　　　　　　Defendants. | 26-cv-02631<br>(NJC)(AYS) |

## ORDER

NUSRAT J. CHOUDHURY, United States District Judge:

Before the Court is the renewed motion to proceed in forma pauperis ("IFP") filed in relation to a Complaint filed by pro se plaintiff Aliver Delgado-Martinez. (Compl., ECF No. 1; Order, ECF No. 7; IFP Mot., ECF No. 9.) Upon review of these filings, the Court grants Delgado-Martinez's renewed IFP motion.

The Court has screened the Complaint in accordance with the requirements of 28 U.S.C. § 1915(e)(2). Upon such screening, and together with Delgado-Martinez's IFP status, the Court orders service of the summonses and the Complaint by the United States Marshal Service ("USMS") pursuant to 28 U.S.C. § 1915(d).

The Clerk of the Court shall issue a summons to each Defendant and shall forward the summonses and copies of the Complaint and this Order to the USMS for service upon the Defendants forthwith. The USMS shall file returns of service within two weeks of the completion of service. However, the USMS will not be able to serve the unidentified defendants without more information.

Pursuant to *Valentin v. Dinkins*, 121 F.3d 72, 75-76 (2d Cir. 1997) (*per curiam*), the

Suffolk County Attorney is requested to assist with identifying the unnamed defendants who are alleged to be employed by the Suffolk County Police Department and who are alleged to have interacted with Delgado-Martinez at the Brentwood Public Library on or about November 24, 2024, and at the Department of Labor in Smithtown, New York on or about June 16, 2025, as is alleged in the Complaint. (*See* Compl. ¶ III.) Accordingly, the Clerk of the Court shall serve a copy of the Complaint together with this Order on the Suffolk County Attorney and the Suffolk County Attorney is requested to attempt to ascertain the full names of the unidentified defendants and to provide their names and the address(es) where such defendants can be served to the Court and to Delgado-Martinez within thirty (30) days of the date that this Order is served upon it.

The Suffolk County Attorney need not undertake to defend or indemnify these individuals at this juncture. This Order merely provides a means by which Delgado-Martinez may name and properly serve the defendants as instructed by the Second Circuit in *Valentin*. Once the information is provided to the Court, Delgado-Martinez's Complaint shall be deemed amended to reflect the full names of the unnamed defendants, a summons shall be issued to each defendant, and the USMS shall effect service.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962). The Clerk of Court shall mail a copy of this Order to Delgado-Martinez at his last known address and shall record such mailing on the docket.

Dated:   May 27, 2026
         Central Islip, New York

/s/ Nusrat J. Choudhury
NUSRAT J. CHOUDHURY
United States District Judge